UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS CARUSO,

    Defendant.

Case No. 18-20227
Honorable Laurie J. Michelson

## ORDER REVOKING BOND AND DETAINING DEFENDANT

Thomas Caruso pled guilty to transferring obscene material to a minor. His bond was continued pending sentencing. Pretrial Services and the Government recently received information that Caruso has been communicating with a minor through an electronic device that was not equipped with the monitoring software required by his bond conditions.

Pursuant to the Petition for Action on Conditions of Pretrial Release (R. 12) and the executed warrant for Defendant's arrest, the Court conducted a hearing on October 1, 2018. For the reasons set forth in the Petition and more fully on the record at the hearing, the Court finds that the factors under 18 U.S.C. § 3148 have been satisfied. Accordingly,

IT IS HEREBY ORDERED that Defendant Thomas Caruso's bond is revoked and he shall be detained pending sentencing.

SO ORDERED.

Date: October 1, 2018

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 1, 2018.

                                                         s/William Barkholz
                                                         Case Manager